# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:20-CR-42 |
| Plaintiff, ) | |
| vs. ) | DEFENDANT TERRY LEE |
| ) | DOUGLAS III's MOTION FOR |
| TERRY LEE DOUGLAS III, ) | DOWNWARD VARIANCE |
| ) | FROM ADVISORY GUIDELINE |
| Defendant. ) | RANGE |

COMES NOW, the Defendant, Terry Lee Douglas III, by and through his undersigned attorney, and in support of his Motion for Downward Variance from Advisory Guideline Range states to the Court as follows:

## INTRODUCTION

The Defendant is withdrawing his objection to whether the criminal history points in paragraphs 49 and 51 (Docket no. AGCR105284 and AGCR117375) are properly assessed in determining the resulting criminal history category.

1. The Defendant's sentencing hearing in this case is currently set for Thursday, April 22, 2021 at 8:30 a.m. It will take place at the United States Courthouse in Davenport, Iowa. Chief United States District Judge John A. Jarvey will preside at the sentencing hearing.

2. The Defendant's current advisory guideline range is 188 to 235 months. This is based upon a total offense level of 33 and a criminal history

category of IV. *See,* P.S.I.R. 125. The Defendant has a mandatory minimum sentence of ten (10) years. *See,* Offense.

3. In support hereof, Defendant bases his request on all statutory factors in Title 18 U.S.C. §3553(a) <u>Gall v. United States</u>, 128 S.Ct. 586 (2007).

4. Specifically, Defendant bases his request on the factors of his physical condition, his substance abuse addiction, and his difficult childhood.

5. Defendant requests a downward variance from the advisory guideline range of 188 to 235 months to the mandatory minimum sentence of 120 months.

WHEREFORE, Defendant requests that the Court grant his Motion for Downward Variance from the Advisory Guideline Range of 188 to 235 months to the mandatory minimum sentence of 120 months and for such other and further relief as this Court deems just and proper in the premises.

/s/ Alfred E. Willett
ALFRED E. WILLETT AT8497
VINER LAW FIRM P.C.
ATTORNEY AT LAW
228 Second Street SE,
Cedar Rapids, IA 52401
Telephone: (319) 531-1333
Facsimile: (319) 200-4538
E-mail: awillett@vinerlawfirm.com
Direct Contact E-mail:
cbrain@vinerlawfirm.com
ATTORNEY FOR DEFENDANT,
TERRY LEE DOUGLAS, III

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2021 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Assistant U.S. Attorney Cliff Cronk
USPO Samantha Ridlen

Cc: Terry Douglas III