**Body** You missed a call from Renee.

**Author** Shae Nicole (100000722838272)
**Sent** 2020-03-04 21:49:16 UTC
**Body** What's up

**Author** Renee Murphy (100003131470499)
**Sent** 2020-03-05 00:57:27 UTC
**Body** Have u seen terry someone has been trying to get ahold of him

**Author** Renee Murphy (100003131470499)
**Sent** 2020-03-05 01:38:49 UTC
**Body** Renee called you.

**Author** Renee Murphy (100003131470499)
**Sent** 2020-03-06 00:33:48 UTC
**Body** Hello hey are yall good

**Author** Shae Nicole (100000722838272)
**Sent** 2020-03-06 00:48:24 UTC
**Body** Hey we can be

**Author** Renee Murphy (100003131470499)
**Sent** 2020-03-06 00:51:04 UTC
**Body** Well i need him to call amanda there is money here

**Author** Shae Nicole (100000722838272)
**Sent** 2020-03-06 01:09:14 UTC
**Body** He's asleep

**Author** Renee Murphy (100003131470499)
**Sent** 2020-03-06 01:10:12 UTC
**Body** Ok well hell did he just go to sleep

**Author** Shae Nicole (100000722838272)
**Sent** 2020-03-06 01:10:46 UTC
**Body** Yes

**Author** Renee Murphy (100003131470499)
**Sent** 2020-03-06 01:11:55 UTC
**Body** Ok well hell ok he will probably sleep the rest the night then its ok

**Author** Shae Nicole (100000722838272)
**Sent** 2020-03-06 01:13:18 UTC
**Body** What do you need I may be able to make moves I do have all his hookups

**Author** Shae Nicole (100000722838272)
**Sent** 2020-03-06 01:13:35 UTC
**Body** And everyone is aware I might be for him

**Author** Shae Nicole (100000722838272)
**Sent** 2020-03-06 01:13:55 UTC
**Body** Move for him

**Author** Renee Murphy (100003131470499)
**Sent** 2020-03-06 01:26:17 UTC
**Body** I need a half o but only have 180 how much is it

