IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:20-cr-00042-SMR-SBJ |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING |
| | ) | MOTION FOR SENTENCE REDUCTION |
| TERRY LEE DOUGLAS, III, | ) | UNDER 18 U.S.C. § 3582(c)(1)(A) |
| | ) | |
| Defendant. | ) | (COMPASSIONATE RELEASE) |

Upon motion of the Defendant Terry Lee Douglas III for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, **IT IS ORDERED** that the motion, ECF No. 101, is **DENIED** after complete review of the motion on the merits.

In making its decision, the Court reviewed the full record in this case, including the following factors:

- Douglas requested compassionate release from the warden at FCI Greenville on December 20, 2021. ECF No. 101 at 3. The warden denied the request January 6, 2022. *Id*. Douglas appealed, *id*. at 20, but his appeal was also denied. *Id*. at 21. The Court finds Douglas has satisfied the exhaustion requirements set out in 18 U.S.C. § 3582(c)(1)(A).

- Douglas is 36 years old. *See Inmate Locator*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited Dec. 6, 2022). He suffers from congestive heart failure, acute hypoxemic respiratory failure, pulmonary edema, cardiomyopathy, obesity, hypertension, has a pacemaker, and uses tobacco daily. ECF No. 101 at 13–16. Douglas argues his health conditions place him at great risk of serious illness associated with monkeypox and COVId-19. *Id*. at 2.

- Individuals with these medical conditions are more likely to become very sick with COVID-19. *See People with Certain Medical Conditions*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last visited Dec. 6, 2022). Douglas has been immunized against COVID-19. ECF No. 101 at 2.

- Douglas's health conditions, particularly when combined with the COVID-19 pandemic, constitute extraordinary and compelling factors under 18 U.S.C. § 3582(c)(1)(A)(i) for compassionate release. In consideration of other factors discussed below, however, compassionate release is not warranted.

- Douglas pleaded guilty to conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846. Judgment 1, ECF No. 83. With a total offense level of 36 and a criminal history category of IV, Douglas's advisory sentencing guideline range was 262 to 327 months in prison. Sent. Hr'g Min. 1, ECF No. 82. On April 26, 2021, the Honorable John A. Jarvey, now retired, granted a downward variance, and sentenced Douglas to 200 months in prison. ECF No. 83 at 2. The variance was due, in part, to Douglas's drug and alcohol dependence, his childhood, and his health. Sent. Tr. 48, ECF No. 89. Judge Jarvey also recommended Douglas be made eligible for the residential drug abuse program available through the Bureau of Prisons. *Id*.

- Douglas was responsible for 2,916.54 grams of ice methamphetamine. Final Presentence Investigation Report ¶ 20, ECF No. 77. Douglas's "criminal history began at approximately age 12. He has a history of noncompliance with community supervision and committed the instant offense while on probation." *Id*. ¶ 140.

- Douglas's tentative release date is August 24, 2034. *See Inmate Locator*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited Dec. 6, 2022).

Douglas has only served a small portion of his sentence. A significant period of incarceration is necessary to reflect the seriousness of his offense, to provide just punishment for the offenses, to protect the public from further crimes of the defendant, and allow for continued training, education, or treatment. For these reasons and other sentencing factors under 18 U.S.C. § 3553(a), the Court denies compassionate release.

**IT IS SO ORDERED** that Terry Lee Douglas III's motion for compassionate release, ECF No. 101, is **DENIED.**

Dated this 6th day of December, 2022.

STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA