In the United States District Court
For the Southern District of Iowa

RECEIVED
DEC 27 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Terry Douglas
"Petitioner"

Crim:Act:No: 3:20-CR-00042-001

Vs.

Honorable: Judge: ROSE

United States of America
"Respondent"

## Motion to Reduce Sentence Pursuant to 18 U.S.C. 3582(c)(2)

Comes Now, the defendant, Terry Douglas, Pro-se, referred hereafter to as ("Douglas") respectfully moves this honorable Court to reduce his sentence pursuant to the statue above.

As a matter of authority, section 3582(c)(2) authorizes a district court can 'reduce a term of imprisonment in a case of defendant when he as been sentenced based upon a sentencing range that has been subsequently lowered by the United States Commission ( 18 U.S.C. 3582(c)(2)) ("USSC"). However, the new amendment guidelines will result in a 2-level or 1-level reduction for inmates assigned with (1) status Points and/or (2) Zero-points Offenders.

In this case, the petitioner Douglas was assigned "Status Points" and is eligible for reduction in his sentence given the fact he meets the criteria under the new amendment guidelines by the sentencing commission. Under all the requirements, the petitioner is eligible for this 2-level or 1-level reduction toward his overall sentence to-date because he was given (2) additional points at the time of his sentencing, as result of being on 1) Parole 2) Supervised Release or 3) Probation.

Additionally, on May 1, 2023, the ("USSC") submitted to congress amendments to the sentencing guidelines and commentary which becomes EFFECTIVE November 1, 2023. The new amendments will be retroactive, and can be applied contemporaneously at this time. The Court must construe his motion pursuant to Haines V. Kerner, (1972) and that, if the Court where to find his motion to be pre-mature that it place his motion in abeyance until such retroactivity is fully implemented in February of 2023.

As a matter of conclusion, Petitioner Douglas was sentenced to a total term of (200) months, and has only received (1)

infractions since the 'origin of incarceration notwithstanding the fact, he has a "low" recividism level. Moreover, petitioner Douglas conduct and focus, this time so far has been the 'object of rehabilitation along with a new mind set. He has even taken the initiative to engage and complete numerous 'Evidence Based Recidivism Reduction Programs and Productive Activities while incarcerated and that, upon his release he will have the skills and techniques needed to be successful upon re-entry back into society.

WHEREFORE, For the foregoing reasons he prays this Honorable Court "Grant" his Motion

Certificate of Service

I hereby certify that a copy of this motion has been deposited into the hands of a prison official under the mailbox rule pursuant to Fed. R. Civ. P 4(c)(1); Houston V. Lack, 487 U.S. 266, 278 (1988).

Date: 12-18-23

Respectfully Submitted

Terry Douglas # 18586-030
Federal Correction Institute
Oxford
P. o box 1000
Oxford, WI, 53952

Terry Douglas # 19586-030
Federal Correction Institution
Oxford
P.O Box 1000
Oxford, WI, 53952

MILWAUKEE WI 530

19 DEC 2023 PM 9 L



⇔19586-030⇔
Us Doj Clerk Of Court
131 E 4TH ST
Davenport, IA 52801
United States

52801-153225